UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JORGE ZULUAGA, ET. AL.    Plaintiff,
INDEX# 08 CIV 6922

--- AGAINST ---    AFFIDAVIT OF SERVICE

TALIA'S RESTAURANT GROUP, LLC, ET. ANO.
    Defendant.

---

STATE OF NEW YORK)
                 )SS.
COUNTY OF ALBANY )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 6th day of August, 2008, she served the Summons in a Civil Action and Class Action Complaint on TALIA'S RESTAURANT GROUP, LLC, a limited liability company, one of the defendants in this action by personally delivering to and leaving with a person, AMY LESCH, white female with light brown hair, approximately 36 years of age, 5'6" tall and 180lbs, authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

_____
MARIA SCHMITZ

Sworn before me this
6th day of August, 2008

_____
LAWRENCE A. KIRSCH
   4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2011